| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

RAYMOND LEE NORCUTT, JR., §
　§
　　　　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 1:10-CV-717
　§
UNITED STATES OF AMERICA, *et al.*, §
　§
　　　　Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Raymond Lee Norcutt, Jr., a federal prisoner, brought the above-styled action against the United States of America and prison officials.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's motion to dismiss Count III of the Amended Complaint, the FTCA claim, should be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. It is

**ORDERED** that plaintiff's motion to dismiss Count III of the Amended Complaint, the FTCA claim, is **GRANTED**. Accordingly, plaintiff's FTCA claim is dismissed without prejudice.

SIGNED at Beaumont, Texas, this 9th day of August, 2012.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE